**Order issued January 12, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00007-CR
No. 05-14-00008-CR

**SENRICK SHERN WILKERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## O R D E R

Before Justices Francis, Evans, and Stoddart

Based on the Court's opinion of this date, we **GRANT** the July 27, 2014 motion of Michael Mowla for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Michael Mowla as counsel of record for appellant.

We **DENY** appellant's "petition for bill of exceptions," "motion to vacate," and "appellant's objection." We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Senrick Shern Wilkerson, TDCJ No. 1885146, Ramsey Unit, 1100 FM 655, Rosharon, Texas, 77583.

/Molly Francis/
MOLLY FRANCIS
JUSTICE